**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE TIKTOK INC. DATA PRIVACY LITIGATION** | ) ) ) ) | MDL DOCKET NO. _____ |

<u>**MOTION OF PLAINTIFF FOR TRANSFER OF ACTIONS TO THE SOUTHERN DISTRICT OF ILLINOIS, OR, IN THE ALTERNATIVE, THE NORTHERN DISTRICT OF ILLINOIS, PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**</u>

Plaintiff (hereinafter "Movant") in the matter *A.S. v. TikTok, Inc.,* No. 3:20-cv-00457 (S.D. Ill. 2020) respectfully moves this Panel, pursuant to 28 U.S.C. § 1407 to transfer the related actions, identified in the Schedule of Actions accompanying this motion and any subsequently filed tag-along actions or related actions ("Actions"), to the Southern District of Illinois for coordinated or consolidated pretrial proceedings. The Southern District of Illinois is the most logical and well-equipped District to address the  class claims in the Actions.  For the reasons set forth herein and in Movant's accompanying Brief in Support, Movant respectfully requests that this Panel transfer the Actions to the Southern District of Illinois for coordinated or consolidated pretrial proceedings. In the alternative, for the reasons set forth in Movant's accompanying Brief in Support, Plaintiff seeks transfer of the actions to the Northern District of Illinois.

Dated: <u>May 15, 2020</u>

<u>/s/  Francis J. Flynn, Jr.</u>
Francis J. "Casey" Flynn, Jr.
Law Office of Francis J. Flynn, Jr.
3518A Arsenal Street
Saint Louis, Missouri 63118
Email: casey@lawofficeflynn.com
        francisflynn@gmail.com

1

Tiffany M. Yiatras
CONSUMER PROTECTION LEGAL, LLC
8235 Forsyth Boulevard, Suite 1100
Saint Louis, MO 63105-1643
Email: tyiatras@gmail.com

**Plaintiffs' Counsel in *A.S. v. TikTok Inc*., No. 3:20-cv-00457 (S.D. Ill.)**