**Before the Judicial Panel on Multidistrict Litigation**

**MDL - _____**

**In re: IN RE TIKTOK INC. DATA PRIVACY LITIGATION**

**SCHEDULE OF ACTIONS**

| Case Name | District Court and Division | Civil Action No. | Assigned Judge |
|---|---|---|---|
| *ILLINOIS ACTIONS* | | | |
| *A.S. v. Tiktok Inc., et al.*<br><br>**Plaintiff:**<br><br>A.S., a Minor, through Guardian, A.S.<br><br>**Defendants:**<br><br>TikTok Inc.<br><br>ByteDance Inc. | Southern District of Illinois (East St. Louis) | 3:20-cv-00457 | |
| *E.R. v. TikTok, Inc., et al.*<br><br>**Plaintiff:**<br><br>E.R., a Minor, through her Guardian, L.H.<br><br>**Defendant:**<br><br>TikTok, Inc.<br><br>ByteDance, Inc. | Northern District of Illinois (Chicago) | 1:20-cv-2810 | Judge John Z. Lee |
| *K.M. v. TikTok Inc., et al.*<br><br>**Plaintiff:** | Northern District of Illinois (Chicago) | 1:20-cv-2883 | Judge Charles P. Kocoras |

| | | | |
|---|---|---|---|
| K.M., a Minor, through her Guardian, C.M.<br><br>**Defendants:**<br><br>TikTok, Inc.<br><br>ByteDance, Inc. | | | |
| *D.H. v. TikTok, Inc.*<br><br>**Plaintiff:**<br><br>D.M., a minor, through her Guardian, D.H.<br><br>**Defendants:**<br><br>TikTok, Inc.<br><br>ByteDance, Inc. | Northern District of Illinois (Chicago) | 1:20-cv-2884 | Judge John F. Kness |
| *L.B. v. TikTok, Inc., et al.*<br><br>**Plaintiff:**<br><br>L.B., a minor, by and through his or her legal guardian, MOLLY JANIK<br><br>**Defendants:**<br><br>TikTok, Inc.<br><br>ByteDance, Inc. | Northern District of Illinois (Chicago) | 1:20-cv-2889 | Judge Steven C. Seeger |
| *CALIFORNIA ACTIONS* | | | |
| *Hong v. ByteDance, Inc., et al.*<br><br>**Plaintiff:**<br><br>MISTY HONG,<br><br>Minor A.S., through her | Northern District of California (San Jose) | 5:19-cv-7792 | Judge Lucy H. Koh |

| | | | |
|---|---|---|---|
| mother and legal guardian<br>LAUREL<br>SLOTHOWER,<br><br>Minor A.R., through her<br>mother and legal guardian<br>GILDA AVILA,<br><br>MEGHAN SMITH,<br><br>Minors C.W. and I.W.,<br>through their mother and<br>legal guardian<br>MIKHAILA WOODALL,<br><br>Minor R.P.,<br>through her mother and<br>legal guardian<br>LYNN PAVALON<br><br>**Defendants:**<br><br>*ByteDance, Inc.,*<br><br>*TikTok, Inc.*<br><br>*Beijing ByteDance*<br>*Technology Co., Td.*<br><br>MUSICAL.LY | | | |
| *R.S. et al. v. TikTok, Inc. et*<br>*al.*<br><br>**Plaintiffs:**<br><br>R.S. and J.S., through their<br>guardian<br><br>**Defendants:**<br><br>TikTok Inc.<br><br>ByteDance, Inc. | Northern<br>District of<br>California (San<br>Jose) | 5:20-CV-3212 | Magistrate Judge<br>Susan van Keulen |

| | | | |
|---|---|---|---|
| *S.A. v. TikTok, Inc. et al.*<br><br>**Plaintiff:**<br><br>S.A., a minor, by and through his mother and guardian, Maritza A.<br><br>**Defendants:**<br><br>TikTok, Inc. and<br><br>ByteDance, Inc. | Northern District of California (San Jose) | 5:20-cv-3294 | Judge Nathanael M. Cousins |
| *P.S. et al v. TikTok, Inc. et al.*<br><br>**Plaintiffs:**<br><br>P. S., a minor, by and through her Guardian, Cherise Slate<br><br>M. T. W., a minor, by and through her Guardian, Brenda Washington<br><br>**Defendant:**<br><br>*TikTok, Inc. and*<br><br>*ByteDance, Inc.* | Northern District of California (San Francisco) | 3:20-cv-2992 | Judge William H. Orrick |
| *D.M. et al v. TikTok, Inc., at al.*<br><br>**Plaintiffs:**<br><br>D.M. And A.M., Minors, By and Through Their Guardian, Porchia Heidelberg,<br><br>A.O., A Minor, By and Through His Guardian, Jasmin Beverly, | Northern District of California (San Francisco) | 3:20-CV-03185 | Magistrate Judge Laurel Beeler |

| | | | |
|---|---|---|---|
| M.P., A Minor, By And Through Her Guardian, Requeenis Gilder<br><br>**Defendants:**<br><br>TikTok, Inc.<br><br>ByteDance, Inc. | | | |