BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: TIKTOK, INC., CONSUMER　　　　　　　　　MDL Docket No. 2948
PRIVACY LITIGATION

_____/

## PLAINTIFF ISABELLA KOWALSKI'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-4)

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Isabella Kowalski ("Kowalski") submits this Notice of Opposition to the Conditional Transfer Order (CTO-4), as it relates to *Isabella Kowalski v. TikTok Inc., et al.*, No. 2:22-cv-04947-MAK (E.D. Pa.). Kowalski is prepared to file a Motion to Vacate CTO-4, pursuant to Rule 7.1(f) on whatever date is set by the Panel.

As will be fully set forth in Kowalski's Motion to Vacate CTO-4, Defendants' Notice of Potential Tag-Along Action is in error when it asserts that Kowalski's case involves common questions of fact with the above-captioned MDL. Kowalski claims violations of Pennsylvania's anti-wiretap statute (the "WESCA") where TikTok was intercepting her communications with third-party websites via TikTok's in-app browser. The above-captioned now-settled and dismissed MDL No. 2948 focused on TikTok's collection of biometric data through TikTok's video-sharing application (not through TikTok's in-app browser) prior to September 30, 2021. MDL No. 2948 involved no claims under *any* anti-wiretapping statutes such as the WESCA and included *zero* allegations as to TikTok's in-app browser.

Additionally, transfer under § 1407 would be inappropriate, where on August 22, 2022, the Order and Final Judgment Granting Final Approval of Class Action Settlement dismissed all

member cases of MDL 2948 with prejudice.  MDL No. 2948, Master Docket No. 20 C 4699 (N.D. Ill.), at 7-8.

Dated: January 3, 2022.

                                      Respectfully submitted,

*/s/ Jeff Ostrow*_____
Jeff Ostrow, Esq.
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
ostrow@kolawyers.com

*Counsel for Plaintiff and the Putative Class*
(*Isabella Kowalski v. TikTok Inc., et al.*, No. 2:22-cv-04947-MAK (E.D. Pa.))